✓ #10113   #128879

FILED
2010 SEP 23 PM 3:34

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:  STACEY, BO
        STACEY, JACQUELINE

Case No. 08-34083

Chapter 7

Judge: RICHARD L. SPEER

Debtor(s).

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| CMBS | 9301 S. Western Ave.<br>Oklahoma City, OK 73139 | $3.05 |

Check for $3.05 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 9/22/2010

_____
John N. Graham, Trustee